IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALPHA PRO TECH, INC. | : : | |
| Plaintiff, | : : | Case No.: 2:12-CV-01615-GP |
| v. | : : : | |
| VWR INTERNATIONAL, LLC | : : | |
| Defendant. | : : | |

**DEFENDANT VWR INTERNATIONAL, LLC'S**
**MOTION TO EXCLUDE EXPERT TESTIMONY OF NEIL BEATON**

Defendant VWR International, LLC ("VWR") hereby moves pursuant to Rules 702 of the Federal Rules of Evidence for an order excluding the expert opinion testimony of Neil Beaton for the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, VWR respectfully requests that the Court grant its Motion and exclude Mr. Beaton from serving as an expert in this matter.

Dated:  September 18, 2015

*/s/ Michael W. McTigue Jr.*
Michael W. McTigue Jr. (Attorney ID # 69548)
Darren S. Cahr (admitted *pro hac vice*)
Daniel E. Brewer (Attorney ID # 209632)
DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
One Logan Square, Suite 2000
Philadelphia, PA  19103-6996
Tel.:    (215) 988-2700
Fax:    (215) 988-2757
michael.mctigue@dbr.com
darren.cahr@dbr.com
daniel.brewer@dbr.com

## **CERTIFICATE OF SERVICE**

I hereby certify on this day that a true and correct copy of the foregoing and accompanying exhibits were filed through the CM/ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.  Any materials filed under seal will be served via email on all registered participants identified on the Notice of Electronic Filing.


Dated:  September 18, 2015							*/s/ Daniel E. Brewer*
											Daniel E. Brewer