IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALPHA PRO TECH, INC., | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12-1615 |
| VWR INTERNATIONAL, LLC, | : | |
| *Defendant*. | : | |

## ORDER

**AND NOW**, this 11th day of October, 2016, in consideration of the Defendant's Motion to Exclude the Expert Testimony of Neil Beaton (Doc. No. 98), Defendant's Motion to Exclude the Expert Testimony of Christopher Louisos (Doc. No. 99), Defendant's Motion to Exclude the Expert Testimony of Danny Montgomery (Doc. No. 100) and Plaintiff's Motion to Exclude the Expert Testimony of Gregory Heiland (Doc. No. 102), the briefing in opposition to the respective motions, as well as oral argument, it is hereby **ORDERED** as follows:

1. The Defendant's Motion to Exclude the Expert Testimony of Neil Beaton is **GRANTED IN PART** as to Mr. Beaton's inclusion of "convoyed damages" in his damages calculations, and **DENIED** as to the remainder of the motion;

2. The Defendant's Motion to Exclude the Expert Testimony of Christopher Louisos is **GRANTED**;

3. The Defendant's Motion to Exclude the Expert Testimony of Danny Montgomery is **GRANTED** as to the argument contained in Sections IV.A and IV.D of the Defendant's briefing and **DENIED** as to the argument contained in Sections IV.B and IV.C;

4. The Plaintiff's Motion to Exclude the Expert Testimony of Gregory Heiland is **DENIED**.

BY THE COURT:

　/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE