IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALPHA PRO TECH, INC., **Plaintiff**, v. VWR INTERNATIONAL, LLC, **Defendant**. | CIVIL ACTION NO. 12-1615 |

## ORDER

AND NOW, this 31st day of August, 2017, upon consideration of VRW International, LLC's Motion for Summary Judgment (Docket No. 101), Alpha Pro Tech, Inc.'s Motion for an Order (Docket No. 108), Alpha Pro Tech, Inc.'s Motion for Summary Judgment (Docket No. 114), Alpha Pro Tech, Inc.'s Motion to Dismiss (Docket No. 117), Alpha Pro Tech, Inc.'s Motion to Dismiss (Docket No. 123), VRW International, LLC's Motion to Strike (Docket No. 130), VRW International, LLC's Motion for Relief Under FRCP 56(e) (Docket No. 135), and VRW International, LLC's Motion for Relief Under the Court's February 3 and March 10, 2016 Orders (Docket No. 172), responses thereto, and oral argument, it is hereby **ORDERED** that:

1. VRW International, LLC's Motion for Summary Judgment (Docket No. 101) is **GRANTED** and Judgment shall be entered in favor of VWR on Counts I, III, and V;

2. Alpha Pro Tech, Inc.'s Motion for an Order (Docket No. 108) is **DEEMED MOOT**;

3. Alpha Pro Tech, Inc.'s Motion to Dismiss (Docket No. 114) is **DENIED without prejudice**;

4. Alpha Pro Tech, Inc.'s Motion to Dismiss (Docket No. 117) is **DENIED without prejudice**;

1

5. Alpha Pro Tech, Inc.'s Motion to Dismiss (Docket No. 123) is **DENIED without prejudice**;

6. VRW International, LLC's Motion to Strike (Docket No. 130) **is DEEMED MOOT**;

7. VRW International, LLC's Motion for Relief Under FRCP 56(e) (Docket No. 135) is **DEEMED MOOT**;

8. VRW International, LLC's Motion for Relief Under the Court's February 3 and March 10, 2016 Orders (Docket. No. 172) is **DEEMED MOOT**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge