# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALPHA PRO TECH, INC., : | |
| *Plaintiff*, : | CIVIL ACTION |
| v. : | |
| : | NO. 12-1615 |
| VWR INTERNATIONAL, LLC, : | |
| *Defendant*. : | |

# ORDER

**AND NOW**, this 14th day of March, 2018, upon consideration of Plaintiff Alpha Pro Tech's Motion for Reconsideration (Doc. No. 195), Defendant VWR's Response in Opposition (Doc. No. 197), the Reply in Support (Doc. No. 198), and oral argument held on the motion on February 28, 2018, it is **hereby ORDERED** that Alpha Pro Tech's Motion for Reconsideration (Doc. No. 195) is **DENIED** as outlined in the accompanying memorandum opinion.[1]

It is **FURTHER ORDERED** that the Court's Orders Approving Pro Hac Vice (Doc. Nos. 15 & 16) are **VACATED** and the Applications for Pro Hac Vice for David Anderson and Deanna Weidner (Doc. Nos. 11 & 12) are **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] In correspondence to the Court, the parties disputed whether the attorney fees should be determined now, or after the conclusion of the counterclaim litigation. The Court will delay the determination of the amount of attorney fees until the counterclaims have been resolved.